**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 14-cr-00126-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      GUILLERMO GUADALUPE PALMA-CARBAJAL,

      Defendant.

_____

**ORDER SETTING TRIAL DATES AND DEADLINES**
_____

      This matter has been scheduled for a **three-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **June 16, 2014 at 9:00 a.m.**  It is

      ORDERED THAT all pretrial motions shall be filed by **April 29, 2014** and responses to these motions shall be filed by **May 6, 2014**.  It is further

      ORDERED that a Trial Preparation Conference is set for **June 12, 2014 at 10:00 a.m.** in Courtroom A601.  Lead counsel who will try the case shall attend in person.

      The parties shall be prepared to address the following issues at the Trial Preparation Conference:

      1)    jury selection;

      2)    sequestration of witnesses;

      3)    timing of presentation of witnesses and evidence;

4)	anticipated evidentiary issues;

5)	any stipulations as to fact or law; and

6)	any other issue affecting the duration or course of the trial.

DATED this 17th day of April, 2014.

        BY THE COURT:

        _____
        RAYMOND P. MOORE
        United States District Judge