**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date:   October 21, 2014 |
| Court Reporter: Tammy Hoffschildt | Interpreter:   Susana Cahill |
| Probation Officer:   Kyla Hamilton | |

**CASE NO.   14-cr-00126-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Rebecca Weber |
| | Beth Gibson |
| Plaintiff, | |
| v. | |
| 1.   GUILLERMO GUADALUPE PALMA-CARBAJAL, | David Johnson |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING
COURT IN SESSION:     9:00 a.m.**
Appearances of counsel.   Defendant is present and in custody.

Defendant entered his plea on July 29, 2014, to Count 1 of the Indictment. The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding the Government's Motion for Variance (Doc. 28, filed 9/29/14) and Defendant's Objection and Response to Presentence Investigation Report (Doc. 29, filed 10/3/14).

Argument given and discussion held regarding Defendant's Unopposed Motion for Non-Guideline Downward Departure and/or Variance Sentence (Doc. 30, filed 10/7/14).

Court's findings.

**ORDERED:**  Government's Motion for Variance (Doc. 28, filed 9/29/14) is GRANTED.

**ORDERED:** Defendant's objection to the Presentence Investigation Report is OVERRULED.

**ORDERED:** Defendant's Unopposed Motion for Non-Guideline Downward Departure and/or Variance Sentence (Doc. 30, filed 10/7/14) is GRANTED.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant, counsel for the government and the Probation Officer address the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Guillermo Guadalupe Palma-Carbajal, is hereby sentenced to a term of **TIME SERVED.**

**ORDERED:** If Defendant is deported, he shall not re-enter the United States illegally.

**ORDERED:** Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

Defendant advised of right to appeal; however, the defendant waived his right to appeal as part of the plea agreement.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:**   9:37 a.m.
Hearing concluded.
Total time:                 00:37