**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   14-cr-00126-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GUILLERMO GUADALUPE PALMA-CARBAJAL,

    Defendant.

---

## ORDER

---

    PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Raymond P. Moore, United States District Judge, on October 21, 2014, it is hereby

    ORDERED that Defendant, Guillermo Guadalupe Palma-Carbajal, is sentenced to **TIME SERVED.**

    Dated:   October 21, 2014.

                                 BY THE COURT:

                                 s/ Raymond P. Moore
                                 RAYMOND P. MOORE,
                                 UNITED STATES DISTRICT JUDGE